IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAIR CORPORATION,          )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>CHEN XIN, et al.,             )<br>                              )<br>         Defendants.          )<br>                              ) | Case No. 16-cv-09693<br><br>**Judge Samuel Der-Yeghiayan**<br><br>**Magistrate Judge Michael T. Mason** |

**FINAL JUDGMENT ORDER AGAINST THE DEFENDANTS IDENTIFIED
ON SCHEDULE A, WITH THE EXCEPTION OF DEFENDANT JIANGJC_STORE**

This action having been commenced by Plaintiff Conair Corporation ("Plaintiff" or "Conair") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and this Court having entered entered Default pursuant to Federal Rule of Civil Procedure 55(a) on December 6, 2016 [36];

Conair having moved for Default Judgment against the Defendants identified on Schedule A attached hereto, with the exception of Defendant jiangjc_store (collectively, the "Defaulting Defendants"); and

This Court having entered upon a showing by Conair, a temporary restraining order and preliminary injunction against Defaulting Defendants, which included a domain name transfer order and asset restraining order;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are

reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of the CONAIR Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 994,007 | CONAIR | September 24, 1974 | For: Electric hair dryers, electric curling irons in class 011. |
| 1,032,163 | CONAIR (logo) | February 3, 1976 | For: Electric hair dryers, electric hot combs, electric curling irons, and electric pressing combs in class 011.<br><br>For: Hair brushes in class 021. |
| 1,148,225 | BaByliss (logo) | March 10, 1981 | For: Electric hair styling apparatus-namely, electric hair straightener, electric styling irons, electric brushes and electric styling combs in class 009. |
| 2,248,614 | CONAIR | June 1, 1999 | For: Electrical and/or battery-operated shavers, clippers and trimmers, and non-electrical hand operated shears in class 008.<br><br>For: Electrical curling brushes, electrical hair curling irons, electrical heated hair rollers and hair setters in class 009.<br><br>For: Electrical and/or battery-operated massagers and electrical heating pads |

|  |  |  | in class 010. |
|---|---|---|---|
|  |  |  | For: Electrical lighted make-up mirrors in class 020. |
|  |  |  | For: Hair brushes, hair combs, hair rollers, hair styling implements, namely, and electrical and non-electrical toothbrushes in class 021. |
| 3,176,276 | BABYLISS PRO TT | November 28, 2006 | For: Hair appliances, namely hair dryers in class 011. |
| 3,331,036 | BABYLISS PRO TT | September 12, 2006 | For: Hair appliances, namely, electric hair curling irons and electric hair straighteners in class 009. |
| 3,513,454 | BABYLISS | October 7, 2008 | For: Hand-held electric hair dryers in class 011. |
| 3,513,456 | BABYLISS | October 7, 2008 | For: Hair brushes; hair combs in class 021. |
| 3,825,111 | BABYLISS PRO XCLUSIVE | July 27, 2010 | For: Electric hand-held hair styling irons in class 009. For: Hand-held electric hair dryers in class 011. |
| 4,042,126 | BABYLISS | October 18, 2011 | For: Electric hair curlers in class 009. |
| 4,246,825 | BABYLISS FOR MEN | November 20, 2012 | For: Hair clippers; hair trimmers; mustache and beard trimmers in class 008. |
| 4,272,256 | INFINITI PRO BY CONAIR | January 8, 2013 | For: Electric irons for styling hair in class 008. |

3

|   |   |   |   |
|---|---|---|---|
|   |   |   | For: Electric hair dryers in class 011.<br><br>For: Electrically heated hair brushes in class 021. |
| 4,365,347 | MIRACURL | July 9, 2013 | For: Electric hair curling irons in class 008.<br><br>For: Electric hair curlers in class 026. |
| 4,400,184 | INFINITI PRO BY CONAIR | September 10, 2013 | For: Electric hair curlers, other than hand implements; Electric hair rollers in class 026. |
| 4,399,723 | INFINITI PRO BY CONAIR | September 10, 2013 | For: Hair brushes in class 021. |
| 4,464,104 | CURL SECRET | January 7, 2014 | For: Electric irons for styling hair in class 008. |
| 4,561,367 | BABYLISSPRO | July 1, 2014 | For: Electric hair trimmers; hair clippers; electric hair curling irons; electric hair straightening irons; electric hand-held hair styling irons in class 008.<br><br>For: Electric hair dryers in class 011.<br><br>For: Hair brushes in class 021. |
| 4,649,356 | PERFECT CURL (design) | December 2, 2014 | For: Electronic hand-held hair styling irons in class 008. |

4

| 4,693,394 | HAIR GOES IN CURL COMES OUT | February 24, 2015 | For: Electric hair curling irons in class 008. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), cybersquatting (15 U.S.C. § 1125(d)) as to certain Defaulting Defendants operating a domain name incorporating any of the CONAIR Trademarks, and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED in its entirety and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the CONAIR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Conair Product or not authorized by Conair to be sold in connection with the CONAIR Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Conair Product or any other product produced by Conair, that is not Conair's or not produced under the authorization, control or supervision of Conair and approved by Conair for sale under the CONAIR Trademarks;

5

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Conair, or are sponsored by, approved by, or otherwise connected with Conair;

    d. further infringing the CONAIR Trademarks and damaging Conair's goodwill;

    e. otherwise competing unfairly with Conair in any manner; and

    f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Conair, nor authorized by Conair to be sold or offered for sale, and which bear any of Conair's trademarks, including the CONAIR Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Conair's choosing:

    a. permanently transfer the Defendant Domain Names to Conair's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Conair's selection; or

    b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this

       Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Conair's selection.

4. Those in privity with Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the CONAIR Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CONAIR Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Conair is awarded statutory damages from each of the Defaulting Defendants in the amount of two million dollars ($2,000,000) for willful use of counterfeit CONAIR Trademarks on products sold through at least the Defendant

Internet Stores. The two million dollar ($2,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Conair as partial payment of the above-identified damages, and PayPal is ordered to release to Conair the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8. Until Conair has recovered full payment of monies owed to it by any Defaulting Defendant, Conair shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within two (2) business days:

    a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Lisa J. Deere, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies restrained in Defaulting Defendants' PayPal accounts to Conair as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that Conair identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Conair may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Lisa J. Deere and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) cash bond posted by Conair, including any interest minus the registry fee, is hereby released to Conair or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Conair or its counsel by check made out to the Greer, Burns & Crain IOLTA account.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: January 11, 2017

                                                                              U.S. District Court Judge Samuel Der-Yeghiayan

Conair Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A"
Case No. 16-cv-09693

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Chen Xin | 2 | Yevge |
| 3 | Yan Jia | 4 | xiaoyan |
| 5 | Wing wah cherry Chun | 6 | Ursula Grunwald |
| 7 | Shirley Kuhlenberg | 8 | Ronald Zong |
| 9 | Reynolds Martha | 10 | qiangzi |
| 11 | planchae.com | 12 | planchaa.com |
| 13 | Peter Taylor | 14 | Michael Madden |
| 15 | Michael Fitzgerald | 16 | Ludwig Rhys |
| 17 | lifang zhang | 18 | Lian Cheng |
| 19 | Kanjzb Tabnjzb | 20 | ictwebring.nl |
| 21 | guo san | 22 | floorlogo.nl |
| 23 | Dong Xiaotian | 24 | Dong Ming Ke Ji Gong Si |
| 25 | Dan Thurston | 26 | chen chiayu |
| 27 | cabelloo.com | 28 | bergopbergaf.nl |
| 29 | bagssalesshop.com | 30 | Ano Nymous |
| 31 | Aguayo Yessica | 32 | Cixi Utrust Electric Appliance Co., Ltd. |
| 33 | REYMONTANA PRODUCTS MANUFACTURING CO., LIMITED | 34 | Shenzhen Cinsmile Technology Co., Ltd. |
| 35 | AE Supermarket | 36 | Arui co,ltd |
| 37 | Bellis perennis | 38 | Commodity factory store |
| 39 | ash_6176 | 40 | gui_7492 |
| 41 | huatonda-technology | 42 | DISMISSED |
| 43 | jiangjc_store | 44 | kjlgorz2016 |
| 45 | may_7417 | 46 | DISMISSED |
| 47 | DISMISSED | 48 | shuik2015 |
| 49 | teresachenlei | 50 | DISMISSED |
| 51 | wangtaifu08008 | 52 | zha9162 |
| 53 | 5_star_choice | 54 | bestbluepop2012 |
| 55 | doubletreemall | 56 | myfamilybasket |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | cn-utrust.en.alibaba.com | 2 | reymontana.en.alibaba.com |
| 3 | cinsmile.en.alibaba.com | 4 | aliexpress.com/store/2081025 |
| 5 | aliexpress.com/store/1280317 | 6 | aliexpress.com/store/1981133 |
| 7 | aliexpress.com/store/2307019 | 8 | ebay.com/usr/ash_6176 |
| 9 | ebay.com/usr/gui_7492 | 10 | ebay.com/usr/huatonda-technology |
| 11 | DISMISSED | 12 | ebay.com/usr/jiangjc_store |
| 13 | ebay.com/usr/kjlgorz2016 | 14 | ebay.com/usr/may_7417 |
| 15 | DISMISSED | 16 | DISMISSED |
| 17 | ebay.com/usr/shuik2015 | 18 | ebay.com/usr/teresachenlei |
| 19 | DISMISSED | 20 | ebay.com/usr/wangtaifu08008 |
| 21 | ebay.com/usr/zha9162 | 22 | ebay.com/usr/5_star_choice |
| 23 | ebay.com/usr/bestbluepop2012 | 24 | ebay.com/usr/doubletreemall |
| 25 | ebay.com/usr/myfamilybasket | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | ghdflatiron.com | 2 | kinnetds.com |
| 3 | hot-cosmetics.com | 4 | hairstraighteners.top |
| 5 | chiflatironsofficial.com | 6 | oakleysonnenbrillenkaufen.com |
| 7 | babyliss-pro.in.net | 8 | hearlooe.com |
| 9 | babylissflatiron.us.com | 10 | ibabyliss.top |
| 11 | planchae.com | 12 | planchaa.com |
| 13 | artisanshelving.co.uk | 14 | bursee.us |
| 15 | chihairstraightenerofficial.com | 16 | babylisspascher.com |
| 17 | babylisscurl.com | 18 | babylissit.com |
| 19 | superdealssale.com | 20 | babylisspro.in.net |
| 21 | ladsetjockeys-lefilm.fr | 22 | ictwebring.nl |
| 23 | babyliss.in.net | 24 | floorlogo.nl |
| 25 | babyliss-pro.us.com | 26 | chiflatironofficial.top |
| 27 | curlbabyliss.co.uk | 28 | michaelkorsoutletsale.us.com |
| 29 | cabelloo.com | 30 | bergopbergaf.nl |
| 31 | bagssalesshop.com | 32 | studio-alkyss.fr |
| 33 | michaelkorsoutletinc.us.com | | |