IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CONAIR CORPORATION and BABYLISS FACO SPRL, <br><br> Plaintiffs, <br><br> v. <br><br> CHEN XIN, et al. <br><br> Defendants. | ) ) ) ) ) Case No. 16-cv-09693 ) ) ) ) ) ) |

**MOTION TO WITHDRAW AS COUNSEL**

To the Court, All Parties, and Counsel of Record:

Alexander Loftus respectfully requests to withdraw as counsel for Defendant Jiangjc_Store..

In support thereof, Mr. Loftus represents to the Court the following:

1. As of March 1, 2017, Mr. Loftus will no longer be an attorney at the law firm of Voelker Litigation Group;.

2. Plaintiffs remain represented by counsel from the firm of Voelker Litigation Group.

3. No party will be prejudiced by Mr. Loftus's withdrawal as counsel.

WHEREFORE, for the foregoing reasons, Defendant request that this Court grant the Motion to Withdraw in the above-captioned matter.

                                      Respectfully submitted,
                                      **JIANGJC_STORE**
                                      Defendant,

                                      By    s/*Alexander N. Loftus*
                                              One of the Attorneys for Defendant

Alexander N. Loftus, Esq.
Daniel J. Voelker, Esq.
VOELKER LITIGATION GROUP
600 W. Jackson Blvd., Suite 100

Chicago, Illinois 60661
T: (312) 870-5430
F: (312) 870-5431
alex@voelkerlitigationgroup.com


Dated: February 28, 2017